JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KGV EASY LEASING CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>KATHLEEN SEBELIUS, Secretary of Health and Human Services,<br><br>    Defendant.<br>_____ | Case No.: CV 10-2500 DSF (RZx)<br><br><br><br>JUDGMENT |

The Court having determined that it lacks subject matter jurisdiction over this action,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed and that defendants recover just costs pursuant to 28 U.S.C. § 1919.

Dated: 12/9/10

_____
Dale S. Fischer
United States District Judge